UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARMINE F. BROWNE,<br><br>        Plaintiff,<br><br>  -against-<br><br>ARROW SECURITY,<br><br>        Defendant. | Case No. 1:24-cv-09788 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of Plaintiff's request for a two-month extension to file her opposition to Defendant's Motion to Dismiss the Complaint, Dkt. 20, and Defendant's response to Plaintiff's request, Dkt. 21. Plaintiff's request is GRANTED in part.

  The Court will grant a one-month extension to allow Plaintiff to seek assistance from the City Bar Justice Center. Plaintiff's opposition shall be due by **March 24, 2025**.

  Defendant shall promptly serve a copy of this Order on Plaintiff by email. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: February 21, 2025
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge

Mail To:
Sharmine F. Browne
119 East 19th Street
Apt. 1C
Brooklyn, NY 11226