```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARMINE BROWNE,

               Plaintiff,

      -v-

ARROW SECURITY, ET AL.,

              Defendants.

**ORDER**

24-CV-9788 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a Rule 16 conference by telephone. As discussed during today's conference, all discovery shall be completed by **October 24, 2025**, according to the following schedule:

- Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be served by **June 5, 2025**;

- Initial Requests for Documents shall be served by **June 19, 2025**;

- Interrogatories shall be served by **June 19, 2025**;

- Requests to Admit shall be served by **June 19, 2025**;

- Plaintiff shall provide HIPAA-compliant medical records release authorizations to Defendants by **June 19, 2025**;

- Depositions of all fact witnesses shall be completed by **September 9, 2025**;

- Plaintiff's expert reports, if any, shall be served by **September 9, 2025**;

1

- Defendants' expert reports, if any, shall be served by **September 9, 2025**; and

- Depositions of all expert witnesses shall be completed by **October 24, 2025**.

Any discovery disputes shall be addressed according to Section II.B.1 of the Court's Individual Rules and Practices in Civil Cases.

The parties shall submit a joint status report by **July 11, 2025**, no longer than 3 pages.

**SO ORDERED.**

Dated: May 28, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge