USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARMINE F. BROWNE,

        Plaintiff,

-v-

ARROW SECURITY, ET AL.,

        Defendants.

**ORDER**

24-CV-9788 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the parties' joint status report. ECF No. 44. Therein, the parties stated that Plaintiff is considering whether to submit an amended complaint by the October 8, 2025 deadline, and requested that all deadlines be stayed pending the deadline to file an amended complaint. The request is GRANTED IN PART and DENIED IN PART. The Court will not indefinitely stay all deadlines in this case. Rather, given that the September 9, 2025 deadline to complete fact discovery and to serve expert reports has already passed, the deadline to complete expert discovery is extended from October 24, 2025, to **January 22, 2026**. The parties are directed to submit another joint status report by **October 24, 2025**.

**SO ORDERED.**

Dated: September 10, 2025
       New York, New York

                                              Henry J. Ricardo
                                              United States Magistrate Judge