```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARMINE F. BROWNE,

                Plaintiff,

      -v-

ARROW SECURITY, ET AL.,

                Defendants.

**ORDER OF DISMISSAL**

24-CV-9788 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court having been advised that the parties have settled this action in principle, ECF No. 46, it is hereby ORDERED that this matter be discontinued with prejudice and without costs; provided, however, that within thirty (30) days of the date of this order, counsel for the plaintiff may apply by letter motion for restoration of the action if the settlement is not consummated.

    Any application to reopen must be filed within thirty days of this order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court.  Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions are denied as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: September 11, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2