```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARMINE F. BROWNE,

                Plaintiff,

      -v-

ARROW SECURITY, ET AL.,

                Defendants.

**ORDER**

24-CV-9788 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court received a letter from Plaintiff dated September 25, 2025, which requested that the case be closed. ECF No. 49. Pursuant to the Court's Order of Dismissal dated September 11, 2025, ECF No. 47, this case was closed. Accordingly, no further action will be taken, and Plaintiff's request is **DENIED AS MOOT**.

**SO ORDERED.**

Dated: September 26, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge